COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|   |   |   |
|---|---|---|
| JAMIER ARMOND WADE, | § | No. 08-13-00131-CR |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | 213th District Court |
|  | § |  |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
|  | § |  |
| Appellee. | § | (TC# 1285192D) |
|  | § |  |

## MEMORANDUM OPINION

Appellant waived trial by jury and entered an open guilty plea to the offense of possession with intent to deliver a controlled substance of 200 grams or more, but less than 400 grams, namely: cocaine. TEX.HEALTH & SAFETY CODE ANN. § 481.114(d)(West 2010). He was convicted, and the trial court assessed punishment at imprisonment for 10 years' running concurrently with a companion conviction on appeal with this Court docketed as No. 08-13-00130-CR, and a fine of $344.00. We affirm.

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388

U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by advancing contentions which counsel says might arguably support the appeal. *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex.Crim.App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex.Crim.App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex.Crim.App. 1969). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a *pro se* brief. No *pro se* brief has been filed.

The record reflects that Appellant was admonished of the consequences of his plea pursuant to TEX.CODE CRIM.PROC.ANN. art. 26.13 (West Supp. 2013), and Appellant made a judicial confession admitting his guilt.

We have carefully reviewed the record and counsel's brief and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. A discussion of the contentions advanced in counsel's brief would add nothing to the jurisprudence of the state.

The judgment is affirmed.


July 29, 2014

                                        YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)


2